# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

Plaintiff: **Athenex, Inc., et. al.**

vs.

Civil Action No. **1:19-cv-00603 (APM)**

Defendant: **Alex M. Azar II, et. al.**

## CIVIL NOTICE OF APPEAL

Notice is hereby given this __20__ day of __August__ 20__19__, that Athenex, Inc, Athenex Pharma Solutions, LLC, and Athenex Pharmaceutical Division, LLC hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this court entered on the __1__ day of __August__, 20__19__, in favor of Defendants, Alex M. Azar II, U.S. Dept. H.H.S., Scott Gottlieb, FDA against said Plaintiffs, Athenex, Inc., Athenex Pharma Solutions, LLC, and Athenex Pharma. Div.

Attorney/Pro Se Party Signature: *Christopher H. Marraro* (signature)

Name: Christopher H. Marraro

Address: Baker & Hostetler LLP

Washington Square, Suite 1100

Washington, DC 20036-5304

Telephone: (202) 861-1500

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

USCA Form 13
Rev. June 2017